| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Joan** | **Nugent** | **Chantrell** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **John** | **Francis** | **Chantrell, III** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Colorado** | |
| Case number (if known) | **24-10001-MER** | | |

☑ Check if this is an amended filing

# Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7                    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Ent Credit Union**<br><br>Description of property securing debt: **2634 Lark Dr Colorado Springs, CO 80909** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]:<br>**pay per agreement** | ☐ No<br>☑ Yes |
| Creditor's name: **Ent Credit Union**<br><br>Description of property securing debt: **2634 Lark Dr Colorado Springs, CO 80909** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]:<br>**pay per agreement** | ☐ No<br>☑ Yes |

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Joan** | **Nugent** | **Chantrell** | |
| Debtor 2 | **John** | **Francis** | **Chantrell, III** | Case number *(if known)* __24-10001-MER__ |
| | First Name | Middle Name | Last Name | |

## Additional Page for Part 1

| | | | |
|---|---|---|---|
| Creditor's name: | **GM Financial** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Description of property securing debt: | **2023 GMC Sierra 2500 HD** | | |
| Creditor's name: | **GM Financial** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]:<br>   **pay per agreement** | ☐ No<br>☑ Yes |
| Description of property securing debt: | **2021 GMC Sierra 1500** | | |
| Creditor's name: | **Ent Credit Union** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Description of property securing debt: | **2021 TAB 400 TEARDROP CAMPER** | | |

Official Form 108                    **Statement of Intention for Individuals Filing Under Chapter 7**                    page

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Joan** | **Nugent** | **Chantrell** | |
| Debtor 2 | **John** | **Francis** | **Chantrell, III** | Case number *(if known)* 24-10001-MER |
| | First Name | Middle Name | Last Name | |

## Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: North Nevada Retail Ventures, LLC | ☑ No |
| | ☐ Yes |
| Description of leased property: Shopping Center Lease for JC Wild Birds, LLC | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |

## Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X /s/ Joan Nugent Chantrell                                  X /s/ John Francis Chantrell, III
Signature of Debtor 1                                             Signature of Debtor 2

Date 02/23/2024                                                      Date 02/23/2024
      MM/ DD/ YYYY                                                         MM/ DD/ YYYY

Official Form 108               **Statement of Intention for Individuals Filing Under Chapter 7**               page 2