**Fill in this information to identify your case**

UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO

| Debtor 1: | Joan | Nugent | Chantrell | Case #: | 24-10001-MER |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Debtor 2: | John | Francis | Chantrell III | Chapter: | 7 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Local Bankruptcy Form 9013-1.1
## Notice of Motion/Application

**Complete applicable sections.**

**Part 1  Objection Deadline**

Objection Deadline:  March 18, 2024

**Part 2  Notice**

NOTICE IS HEREBY GIVEN that Newtek Small Business Finance, LLC (the "Movant"), has filed its Objection to Debtors' Claim of Homestead Exemption (the "Objection"), with the Court and requests the following relief:  Disallow the Debtors' claim of homestead exemption to the extent it impairs, hinders, or otherwise adversely affects the Movant's secured claim against the Debtors' residence pursuant to Fed. R. Bankr. P. 4003(b).

If you oppose the Objection or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

**Part 3  Signature of Movant's Attorney or Movant (if unrepresented)**

Dated: March 4, 2024

Markus Williams Young & Hunsicker, LLC

By: */s/ Ryan L. Blansett*
Ryan L. Blansett, #58249
1775 Sherman Street, Suite 1950
Denver, Colorado 80203-4505
Telephone (303) 830-0800
Facsimile (303) 830-0809
Email: rblansett@markuswilliams.com

*Counsel for Creditor Newtek Small Business Finance, LLC*

4866-2727-6705, v. 1